```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16579
   JOHN ALAN JENKINS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6218

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/14/2006 and was confirmed 02/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 05/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED          1619.83       103.53         967.47
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00            .00
LOUIS A WEINSTOCK          NOTICE ONLY     NOT FILED         .00            .00
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED         .00            .00
CHASE BANK USA NA          SECURED           229.75         2.45         229.75
CHASE BANK USA NA          UNSECURED        2636.36          .00        1257.99
INTERNAL REVENUE SERVICE   PRIORITY             .00          .00            .00
CHECK & GO                 UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED         .00            .00
CHL PROPERTIES             UNSECURED       NOT FILED         .00            .00
KOCH & KOCH                NOTICE ONLY     NOT FILED         .00            .00
COMCAST                    UNSECURED       NOT FILED         .00            .00
CREDIT PROTECTION ASSOC    NOTICE ONLY     NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00            .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED         .00            .00
CREDIT ACCEPTANCE          NOTICE ONLY     NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED       11342.04          .00        5412.05
HOUSEHOLD CREDIT SERVICE   UNSECURED       NOT FILED         .00            .00
GC SERVICES DATA CONTROL   NOTICE ONLY     NOT FILED         .00            .00
HSBC NV                    UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         809.30          .00         386.16
JAGUAR CREDIT              UNSECURED       NOT FILED         .00            .00
PATHOLOGY CONSULTANTS OF   UNSECURED       NOT FILED         .00            .00
DEPENDON COLLECTION SE     NOTICE ONLY     NOT FILED         .00            .00
PAYDAY LOANS               UNSECURED       NOT FILED         .00            .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED         .00            .00
LEADING EDGE RECOVERY      NOTICE ONLY     NOT FILED         .00            .00
RESURGENT CAPITAL SERV     NOTICE ONLY     NOT FILED         .00            .00
SPRINT-NEXTEL CORP         UNSECURED         550.16          .00         211.08
RESURGENT CAPITAL SERVIC   UNSECURED        3785.43          .00        1806.29
FORD MOTOR CREDIT CO       UNSECURED       17269.61          .00        8240.52

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16579 JOHN ALAN JENKINS
```

```
PETER FRANCIS GERACI      DEBTOR ATTY      1,850.00                    1,850.00
TOM VAUGHN                TRUSTEE                                      1,497.62
DEBTOR REFUND             REFUND                                          55.92

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  22,020.83

PRIORITY                                              .00
SECURED                                          1,197.22
    INTEREST                                       105.98
UNSECURED                                       17,314.09
ADMINISTRATIVE                                   1,850.00
TRUSTEE COMPENSATION                             1,497.62
DEBTOR REFUND                                       55.92
                         ---------------    ---------------
TOTALS                   22,020.83              22,020.83
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
      Dated: 10/22/08     _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE